UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-81399-CIV-KAM

NARUMI VARGAS
f/k/a NARUMI COLLADO,

    Plaintiff,

vs.

FLORIDA CRYSTALS CORPORATION,
a Foreign Profit Corporation,

    Defendant.
_____/

## STIPULATION FOR ENTRY OF ORDER AUTHORIZING PLAINTIFF TO CONDUCT DEPOSITION OF JASON MOORE REMOTELY PURSUANT TO RULE 30(b)(4)

The Parties, Narumi Vargas f/k/a Collado ("Plaintiff"), and Florida Crystals Corporation, ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties"), through their respective counsel, hereby stipulate to the entry of an order authorizing Plaintiff to conduct deposition of Jason Moore remotely, pursuant to Fed. R. Civ. P. 30(b)(4), and stipulate:

1. Plaintiff's counsel will conduct the deposition of Jason Moore on or about June 19, 2017 at 9:30 AM EST/2:30 PM UTC+1:00.

2. Plaintiff's counsel will conduct the deposition of Mr. Moore remotely using Zoom, an internet-based service used to conduct real-time, high definition video conferencing. Zoom also allows participants and the host to record both audio and video of the conference. Counsel for the Parties engaged in a "test run" of the Zoom service on June 15, 2017 and were satisfied with the quality and clarity of the connection.

3. Plaintiff's counsel will conduct the deposition remotely over the internet using Zoom from the offices of Schwarzberg & Associates, 625 N. Flagler Drive, Ste. 600, West Palm Beach, Florida, 33401.

4. Defense counsel will participate in the deposition remotely and will join the video conference from the offices of Stearns Weaver, Miller Weissler Alhadeff & Sitterson, P.A., 150 West Flagler Street, Suite 2200, Miami, FL 33130.

5. Jason Moore is currently located in London, United Kingdom. Mr. Moore will appear for deposition at: 10 Bedford Street, 4th Floor, Covent Garden, London, UK WC2E 9HE. Mr. Moore will have access to a private room and equipment that will allow Plaintiff to conduct his deposition.

6. Plaintiff's counsel will record both the audio and video of the deposition through the Zoom software and will produce a copy of the recording to defense counsel upon completion of the deposition. Defense counsel will also record the audio and video as a backup to the Zoom recording, which will be made available to Plaintiff's counsel upon completion of the deposition.

7. The deposition will be recorded non-stenographically, with both Parties having the ability to have a court reporter transcribe the deposition, if necessary.

8. Mr. Moore will be sworn in by a Notary (facilitated by Defendant) in London, UK. The Notary is an "officer" within the meaning of Rule 28 as he/she is authorized to exercise the powers of a Commissioner for Oaths under the laws of the United Kingdom, or otherwise authorized to administer the Oath, and the Parties agree that such authorization is sufficient under the Federal Rules of Civil Procedure.

9. The Parties agree that in the event the deposition is transcribed, the Party ordering the transcript will notify the other Party, and that the other Party will have a right to order a copy

of the transcript and to confirm the accuracy of the transcript. If either Party challenges the accuracy of the transcript, the challenging Party will notify the other Party of the challenge in writing and the Parties will confer in good faith, before seeking Court involvement, to resolve any disputes raised within fourteen days of receiving written notice by any Party of such dispute.

10. The deposition is otherwise compliant with the applicable Federal Rule of Civil Procedure.

Counsel for the Parties have reviewed and approved the form of the proposed Order Authorizing Plaintiff To Conduct Deposition Of Jason Moore Remotely Pursuant To Rule 30(B)(4) attached hereto as **Exhibit "A.**

| | |
|---|---|
| By: *Lisa Kohring* <br> Steven L. Schwarzberg, Esq. <br> Florida Bar No. 0306134 <br> steve@schwarzberglaw.com <br> Lisa M. Kohring, Esq. <br> Florida Bar No. 93781 <br> lkohring@schwarzberglaw.com <br> **SCHWARZBERG & ASSOCIATES** <br> *Counsel for Plaintiff* <br> 625 N. Flagler Drive, Suite 600 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 659-3300 <br> Facsimile: (561) 693-4540 <br><br> Dated:  June 16, 2017. | By: *Bayardo Aleman* <br> Rene Ruiz, Esq. <br> Florida Bar No.:0520284 <br> rruiz@stearnsweaver.com <br> Bayardo E. Aleman, Esq. <br> Florida Bar No.28791 <br> baleman@stearnsweaver.com <br> **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.** <br> 150 West Flagler Street, Suite 2200 <br> Miami, FL 33130 <br> Telephone:  305-789-3200 <br> Facsimile :  305-789-4146 <br><br> Dated: June 16, 2017. |