UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81399-CIV-MARRA

NARUMI VARGAS
f/k/a NARUMI COLLADO,

    Plaintiff,

vs.

FLORIDA CRYSTALS CORPORATION,
a Foreign Profit Corporation

    Defendant.
_____/

## ORDER OF INSTRUCTIONS TO FILE JOINT STIPULATION OF SETTLEMENT

THIS CAUSE is before the Court *sua sponte*. On July 23, 2019, Plaintiff, on behalf of the parties, filed a Joint Notice of Settlement and indicated the parties would file a Joint Stipulation for Voluntary Dismissal With Prejudice within the next two weeks. (DE 168).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall file the Joint Stipulation of Settlement and Dismissal With Prejudice and Proposed Order Approving Settlement and Dismissing Matter with Prejudice by **September 25, 2019**. Failure to file the appropriate settlement documents with the Court by that date will result in the closing of the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of September, 2019.

                                            KENNETH A. MARRA
                                            United States District Judge