UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81399-CIV-KAM

NARUMI VARGAS
f/k/a NARUMI COLLADO

    Plaintiff,
vs.

FLORIDA CRYSTALS CORPORATION,
a foreign profit corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (DE 170). This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all claims in this cause are dismissed with prejudice, each party to bear its own costs and attorneys' fees. The Clerk shall **CLOSE** the case. All **PENDING MOTIONS** are **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this 11th day of September, 2019.

KENNETH A. MARRA
United States District Judge